# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Austin Koval,<br><br>              Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>              Defendant. | No. CV13-02552-JAM-DAD<br><br>**ORDER AMENDING SCHEDULING ORDER** |

  Upon stipulation of the parties, and good cause appearing,

  IT IS ORDERED that the deadline for expert disclosures is extended 30 days to 3-6-15.

  DATED: 1/22/2015

                                             /s/ John A. Mendez_____
                                             United States District Court Judge