1
2
3
4
5
6
7
8
9
10
11
12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

13   Austin Koval,                          No. CV13-02552-JAM-DAD
14              Plaintiff,                  **ORDER**
15   v.
16   The United States of America,
17              Defendant.
18
19      Before the Court are Plaintiff's Motion for Partial Summary Judgment (Doc. 32)
20   and Defendant's Motion for Summary Judgment (Doc. 38).
21      A hearing on the motions was conducted on July 1, 2015.
22      After the submissions of the parties and arguments on the motions, the Court
23   rules on the motions as follows:
24      **IT IS ORDERED** the Plaintiff's motion for partial summary judgment on the
25   claim of false imprisonment is **GRANTED**;
26
27      **IT IS FURTHER ORDERED** that Plaintiff's abuse of process claim is
28   dismissed with prejudice (abandoned by Plaintiff);

**IT IS FURTHER ORDERED** that Plaintiff's claim of false arrest (deemed the same claim as false imprisonment under California state law) is dismissed with prejudice;

**IT IS FURTHER ORDERED** that Plaintiff's motion for partial summary judgment on the claim of malicious prosecution is denied as there are material issues of fact to be decided at trial; and

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment is **DENIED**.

DATED: 7/7/2015

/s/ John A. Mendez_____

United States District Court Judge