BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN
LYNN TRINKA ERNCE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN KOVAL,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CASE NO. 2:13-CV-02552 JAM-DAD<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff, by and through his attorney of record, and the United States of America, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss this action with prejudice.

//

//

//

//

//

//

//

STIPULATION AND PROPOSED ORDER
TO DISMISS ACTION WITH PREJUDICE         1

Dated: October 13, 2015  */s/ Robert Evan Trop*
ROBERT EVAN TROP
LAW OFFICE OF ROBERT EVAN TROP
Attorney for Plaintiff

Dated: October 13, 2015  BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
LYNN TRINKA ERNCE
Assistant United States Attorneys
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, the above-captioned action is hereby DISMISSED with prejudice. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: 10/13/2015

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE